# <u>EXHIBIT A</u>

### <u>CONSENT OF PARTY PLAINTIFF</u>

I hereby consent to become a party plaintiff in an action against my former employer(s) **<u>MERCHANDISING SOLUTIONS GROUP, INC., DOLLAR GENERAL and any of its subsidiaries or affiliated companies, and any other persons, companies or other parties</u>** to collect unpaid wages and/or overtime compensation. I also consent to pursue this action on behalf of other employees or former employees of **<u>MERCHANDISING SOLUTIONS GROUP, INC., DOLLAR GENERAL and any of its subsidiaries or affiliated companies, and any other persons, companies or other parties</u>**.

14/10/21
———————————————
Date Signed

*[signature]*
———————————————
**Antrone Rodwell**

Respectfully Submitted,

*/s/ Josef F. Buenker*
Josef F. Buenker
TBA No. 03316860
Fed. ID No. 11498
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

# CONSENT OF PARTY PLAINTIFF

I hereby consent to become a party plaintiff in an action against my former employer(s) **MERCHANDISING SOLUTIONS GROUP, INC., DOLLAR GENERAL and any of its subsidiaries or affiliated companies, and any other persons, companies or other parties** to collect unpaid wages and/or overtime compensation. I also consent to pursue this action on behalf of other employees or former employees of **MERCHANDISING SOLUTIONS GROUP, INC., DOLLAR GENERAL and any of its subsidiaries or affiliated companies, and any other persons, companies or other parties**.

_____
Date Signed

*S. Payne*
_____
**Shikeera Payne**

Respectfully Submitted,

*/s/ Josef F. Buenker*
Josef F. Buenker
TBA No. 03316860
Fed. ID No. 11498
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**