UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| IREDELL WATER CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:21-cv-132-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF STATESVILLE, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDMENT TO PROTECTIVE ORDER (DOC. 18)

COMES NOW FOR CONSIDERATION the Parties' Joint Motion to Modify Protective Order (document #38), which was entered herein at Document #18.

Upon due consideration, the Court hereby grants the Joint Motion to Modify Protective Order and hereby modifies the Protective Order entered herein as follows:

1. Notwithstanding any provision in the Protective Order (Doc. 18) the Parties are not required to file documents marked as "Confidential" in this case under seal. However, any document marked "Confidential" and filed in the case not under seal, may only be used by the Parties and any third parties for purposes of this case and for no other purpose.

2. In all other aspects, the Protective Order (Doc. 18) remains in full force and effect.

**SO ORDERED**.   Signed: May 11, 2022

_____
David S. Cayer
United States Magistrate Judge