UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-CV-00208-FDW-DSC

| | |
|---|---|
| SHIKEERA PAYNE AND ANTRONE RODWELL, Individually and on behalf of All Similarly Situated Persons,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLGENCORP, LLC, AND MERCHANDISING SOLUTIONS GROUP INC.,<br><br>Defendants. | ORDER |

THIS MATTER is before the Court on the parties' Joint Motion to Conditionally Certify FLSA Collective Action, for Approval of Stipulated Form of Notice of Collective Action, for Approval of Settlement Agreement, to Dismiss Dolgencorp, LLC, and to Stay Proceedings ("Motion") (Doc. No. 31). The Motion is GRANTED.

IT IS HEREBY ORDERED that this action is conditionally certified as a collective action under Section 216(b) of the Fair Labor Standards Act, the Notice of Collective Action Lawsuit ("Notice") and Consent to Join ("Consent") forms attached as Exhibit A to the Motion are APPROVED and that said notice be sent to all current and former workers, who, within two (2) years from the date of the Court's Order, worked at least one workweek over 40 hours for Merchandising Solutions Group, Inc. as independent contractor traveling merchandisers performing remodels at Dollar General retail stores.

IT IS FURTHER ORDERED that all further stipulations and agreements between the Parties set forth in the Joint Motion, including the terms of the settlement as set out in the filed

1

settlement agreement, are APPROVED and that the Parties shall adhere thereto, subject to further order of the Court.

IT IS FURTHER ORDERED that Defendant Dolgencorp, LLC is DISMISSED WITH PREJUDICE from this lawsuit.

IT IS FURTHER ORDERED that these proceedings are STAYED until the terms of the settlement agreement are fulfilled, at which time the parties are ordered to notify the Court that the settlement terms have been fulfilled and move for dismissal of this matter with prejudice.

IT IS FURTHER ORDERED that while this STAY is in place, the parties are DIRECTED to file a status report with the Court every forty-five (45) days until a motion to dismiss is filed.

IT IS SO ORDERED.

Signed: March 27, 2023

Frank D. Whitney
United States District Judge