IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| ANTRONE RODWELL and SHIKEERA PAYNE, Individually and On Behalf of All Similarly Situated Persons,<br>    Plaintiff,<br><br>v.<br><br>MERCHANDISING SOLUTIONS GROUP, INC. and DOLGENCORP, LLC.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 3:22-CV-208-FDW-DCK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby file this Stipulation of Dismissal of all claims herein with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

Dated: February 23, 2024    PLAINTIFF, By:

/s/ Josef F. Buenker
Josef F. Buenker
BUENKER LAW FIRM
PO BOX 10099
Houston, TX 77206
jbuenker@buenkerlaw.com
*Lead Attorney for Plaintiffs*

DEFENDANT, By:

/s/ Walter C. Holton, Jr.
WALTER C. HOLTON, JR.
HOLTON LAW FIRM, PLLC
857 W. Fifth Street
Winston-Salem, NC 27101
wholton@walterholton.com
Telephone:    336-777-3480
Facsimile:    336-722-3478

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

                                                      _____
                                                    Josef F. Buenker
                                                    BUENKER LAW FIRM
                                                    PO BOX 10099
                                                    Houston, TX 77206
                                                    jbuenker@buenkerlaw.com
                                                    *Lead Attorney for Plaintiffs*